**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

South Carolina Department of Social Services,
Respondent,

v.

Mattie Walls, Carley Jason Walls, Dwayne Anderson,
and Barbara Anderson, Defendants,

Of whom Mattie Walls is the Petitioner.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000477

———————————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————————

Appeal From Laurens County
The Honorable Joseph C. Smithdeal, Family Court Judge

———————————

Memorandum Opinion No. 2017-MO-019
Heard October 18, 2017 – Filed October 25, 2017

———————————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————————

Julius Holman Hines and Tara C. Sullivan, both of K&L
Gates LLP, of Charleston, and Edward S. McCallum, III,

of Law Offices of Edward S. McCallum, III, of Greenwood, for Petitioner.

Scarlet Bell Moore, of Greenville, for Respondent.

**PER CURIAM:** We granted Mattie Walls' petition for a writ of certiorari to review the court of appeals' decision in *South Carolina Department of Social Services v. Mattie Walls*, No. 2016-UP-483 (S.C. Ct. App. Nov. 16, 2016). We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Although we dismiss certiorari as improvidently granted, we note that we have reviewed the record *de novo* and find the grounds for terminating Petitioner's parental rights are supported by clear and convincing evidence.